United States Courts
Southern District of Texas
FILED

JAN 12 2021  BM

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| DAVID TREVINO § | CRIMINAL NO. |
| AKA: DAVID TREVINO, JR. § | |
| PASCUAL REYES-TREVINO § | **L-21-0103** |
| AKA: PASCUAL REYES-RAMOS § | |
| YOSLEIKY QUEZADA-RIVERO § | **DS** |
| AKA: YOSLEIKIS QUEZADA-RIVERO § | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### COUNT ONE

On or about **December 14, 2020**, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendants,

**DAVID TREVINO
AKA: DAVID TREVINO, JR.,
PASCUAL REYES-TREVINO
AKA: PASCUAL REYES-RAMOS, and
YOSLEIKY QUEZADA-RIVERO
AKA: YOSLEIKIS QUEZADA-RIVERO,**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

#### COUNT TWO

On or about **December 14, 2020**, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendants,

**DAVID TREVINO**
**AKA: DAVID TREVINO, JR.,**
**PASCUAL REYES-TREVINO**
**AKA: PASCUAL REYES-RAMOS, and**
**YOSLEIKY QUEZADA-RIVERO**
**AKA: YOSLEIKIS QUEZADA-RIVERO**

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, in any place, including any building and any means of transportation, an alien who had come to, entered, and remained in the United States in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (v)(I).

## COUNT THREE

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**DAVID TREVINO**
**AKA: DAVID TREVINO, JR.,**

knowing and in reckless disregard of the fact that JOSE CATALINO CAMPECHANO-ALEJO, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT FOUR

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**DAVID TREVINO**
**AKA: DAVID TREVINO, JR.,**

knowing and in reckless disregard of the fact that ABEL CAMARGO-MARTINEZ, was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT FIVE

On or about **December 14, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**PASCUAL REYES-TREVINO**
**AKA: PASCUAL REYES-RAMOS,**

knowing and in reckless disregard of the fact that GLENDA PINEDA-ROSALES, was an alien who had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection, and attempt to conceal, harbor and shield from detection, such alien, in any place, including any building and any means of transportation, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

RYAN K. PATRICK
UNITED STATES ATTORNEY

Brian Bajew
Assistant United States Attorney

3

USA-74-24b  
(Rev. 6-1-71)

**L -21-0103**

CRIMINAL DOCKET NO. _____

<u>    LAREDO    </u> DIVISION

FILE: 20-13691     MAG#: 20-02514  
<u>INDICTMENT</u>     Filed: <u>January 12, 2021</u>

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

<u>RYAN K. PATRICK, USA</u>  
<u>BRIAN BAJEW, AUSA</u>

**DAVID TREVINO**  
**AKA: DAVID TREVINO, JR.**  
**PASCUAL REYES-TREVINO**  
**AKA: PASCUAL REYES-RAMOS**  
**YOSLEIKY QUEZADA-RIVERO**  
**AKA: YOSLEIKIS QUEZADA-RIVERO**

**CHARGES:**

| | |
|---|---|
| Count 1: | Conspiracy to transport an undocumented alien within the United States [8 USC 1324 (a)(1)(A)(ii) and (v)(I)] |
| Count 2: | Conspiracy to conceal, harbor or shield an undocumented alien [8 USC 1324 (a)(1)(A)(iii) and (v)(I)] |
| Counts 3-4: | Transport and Attempt to transport an undocumented alien within the United States for financial gain [8 USC 1324(a)(1)(A)(ii)] |
| Count 5: | Conceal, harbor or shield an undocumented alien [8 USC 1324(a)(1)(A)(iii)] |

**TOTAL COUNTS: 5**

**PENALTY:**

Counts1 to 5:     0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: